**Order entered June 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-07463

## ORDER

Before the Court is appellant's June 10, 2013 motion for an extension of time to file a brief. Although this Court's case management system shows that appellant's brief was due on June 11, 2013, that deadline was based on the incorrect filing of the reporter's record in this appeal. The record should have been filed under appellant's other appeal, cause number 05-13-00378-CV styled *Todd Pruett v. Mark Stolz, et al.*

We **DIRECT** the Clerk of this Court to transfer the reporter's record filed in this cause number to cause number 05-13-00378-CV.

The reporter's record has not been filed in this case. For this reason, appellant's briefing deadline has not been set. Accordingly, we **DENY** as moot appellant's motion for an extension of time to file a brief.

Appellant filed an affidavit of indigence in the trial court. No contest to the affidavit was filed. Accordingly, appellant is allowed to proceed without prepayment of costs.

On the Court's own motion, we **ORDER** Stephanie Moses, Official Court Reporter for the 193rd Judicial District Court of Dallas County, Texas, to file, **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**, either: (1) the reporter's record of the January 22, 2013 hearing; or (2) written verification that appellant has not requested the record. *We notify appellant that if we receive verification of no request, we will submit the appeal without the reporter's record. See* TEX. R. APP. P. 37.3(c).

In his motion, appellant further states that he needs the reporter's record from the hearing held on September 13, 2012 in a criminal case filed in the 265th Judicial District Court. It does not appear that the record from the proceedings in the criminal case in the 265th Judicial District Court was made part of the record in the civil proceedings on appeal in this case. Accordingly, to the extent appellant requests that this Court order the court reporter in the 265th Judicial District Court to file the reporter's record from that hearing, such request is **DENIED**. *See* TEX. R. APP. P. 34.6(a).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Stephanie Moses and counsel for appellee and to send a copy of this order by first-class mail to appellant.


/s/    CAROLYN WRIGHT
CHIEF JUSTICE